Louis L. Cage, as Executor of Isaac Wiseman, Deceased, Respondent, *v.* Fannie Rosenberg, Appellant.

(Argued March 17, 1936; decided April 15, 1936.)

*Moses H. Rothman* for appellant.

*Edwin R. Wolff* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: Crane, Ch. J., O'Brien, Hubbs, Crouch, Loughran and Finch, JJ. Lehman, J., dissents and votes to affirm.